**Opinion issued April 8, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-24-001014-CV**

————————————

**IN RE HIRA UDDIN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Hira Uddin has filed a petition for writ of mandamus, requesting that we order the trial court to vacate its August 29, 2024 order granting arbitration.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.

---

[1] The underlying case is *Hira Uddin v. Texana Behavioral Healthcare & Development Services d/b/a Texana Center*, cause number 24-DCV-316618, pending in the 458th District Court of Fort Bend County.